Entered on Docket August 2, 2017

**Below is the Order of the Court.**



Timothy W. Dore
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> KIM C. KERRIGAN, <br><br> Debtor. | Bankruptcy No. 16-16219-TWD |
| KIM C. KERRIGAN, <br><br> Plaintiff, <br><br> v. <br><br> BAYVIEW LOAN SERVICING, LLC; M&T BANK; and FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Defendants. | Adversary No. 17-01075-TWD <br><br> **ORDER DISMISSING ADVERSARY PROCEEDING** |

The Defendants filed a motion to dismiss this adversary proceeding [Docket No. 5] ("Motion"). The Plaintiff opposed the Motion [Docket No. 6] and sought to amend her complaint [Docket Nos. 7, 8 and 12].

ORDER DISMISSING ADVERSARY PROCEEDING - 1

Oral argument on the Motion was held on August 2, 2017. At the conclusion of that argument, the Court explained its reasons for granting the Motion in an oral ruling.

Now, therefore, it is hereby ORDERED that:

1. The Motion is granted.

2. This adversary proceeding is dismissed with prejudice.

/ / / End of Order / / /