# UNITED STATES BANKRUPTCY COURT

<u>Western District of Washington</u>
(name of district)

FILED
2017 NOV -1 PM 4:30
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.

In re:

<u>Kim C. Kerrigan</u>          Bk. Number: <u>16-16219-TWD</u>
Debtors name

<u>Kim C. Kerrigan</u>          Adv. Number: <u>17-01075-TWD</u>
Appellant's Name

v.
1) <u>Bayview Loan Servicing LLC</u>
2) <u>M+T Bank</u>
3) <u>Federal Home Loan</u>          BAP Number: <u>WW-17-1271</u>
<u>Mortgage Corporation</u>
Appellee's Name  (Freddie Mac)

## DESIGNATION OR RECORD ON APPEAL OF
<u>Kim C. Kerrigan</u>
(Your name)

List the documents the bankruptcy court used when it decided the case:

August 2, 2017
1) Adversary # 17-01075 TWD / Order Dismissing Adversary Proceeding
(8/2/2017)

August 16, 2017
2) Motion To Reconsider

August 30, 2017
3) ORDER Denying Motion for Reconsideration

Sept 13, 2017
4) Pro Se Notice OF Appeal (filed by Pro Se Kerrigan)
#298 Fee Pd.

1

CERTIFICATE OF SERVICE:

I certify that a copy of this designation of record on appeal was served,

check one: ___✓___ or _____ on the persons listed below:
           in person       by mail

| Name | Address | Date Served |
|---|---|---|
| 1) Bayview | Attorney Gregor A. Hensrude | 11/1/2017 |
| 2) M & T Bank | | |
| 3) Freddie Mac | | |

Sign your name: _Kim C. Kerrigan_    10/31/2017

Print your name: _Kim C. Kerrigan_    10/31/2017

2

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
(name of district)

FILED
2017 NOV -1 PM 4:28
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK

In re:

Kim C. Kerrigan                      Bk. Number: 16-16219-TWD
Debtors name

Kim C. Kerrigan                      Adv. Number: 17-01075-TWD
Appellant's Name

V.

1) Bayview Loan Servicing L.L.C.
2) M&T Bank                          BAP Number: WW-17-1271
3) Federal Home Loan Mortgage Corporation
Appellee's Name

## STATEMENT OF ISSUES ON APPEAL OF

Kim C. Kerrigan
(Your name)

I think the bankruptcy court was wrong when it:

1) Dismissed my case (by ruling on:)

2) A lack of evidence

3) Inaccurate Information (Re:)

4) Issue of "Creditor Standing"
   - on my home residence in Seattle
   - for 33 years

8

CERTIFICATE OF SERVICE:

I certify that a copy of this statement of issues on appeal was served,

check one:   ____✓____ or _____ on the persons listed below:
             in person      by mail

Name | Address | Date Served
--- | --- | ---
1) Bayview | gregore A. Hensrude | 11/1/2017
2) M+T Bank | |
3) Freddie Mac | |

Sign your name: _Kim C. Kerrigan_   10/31/2017
Print your name: _Kim C. Kerrigan_   10/31/2017

9

UNITED STATES BANKRUPTCY COURT FILED

2017 NOV -1 PM 4:29

<u>Western District of Washington</u>
(name of district)

In re:

<u>Kim C. Kerrigan</u>     Bk. Number: <u>16-16219-TWD</u>
Debtors name

<u>Kim C. Kerrigan</u>     Adv. Number: <u>17-01075-TWD</u>
Appellant's Name

v. 1) Bayview Loan Servicing LLC
2) M&T Bank
3) Federal Home Loan     BAP Number: <u>WW-17-1271</u>
Mortgage Corporation
Appellee's Name (Freddie Mac)

## STATEMENT OF TRANSCRIPTS

<u>Kim C. Kerrigan</u>
(Your name)

1. Check one:
   No, I do not intend to designate a transcript: ✓

   Yes, I intend to designate a transcript: _____

2. If you answered yes to #1, list the dates and times of the hearings for which you want a transcript:

   Pro Se NOTE → NA - 1) Please Note: My goal is retaining Attorney.
   2) Requesting/Filing a Motion for Time Extension

3. Contact the bankruptcy court for <u>instructions on how to order and pay for</u> your transcripts.

NA

1

Case 17-01075-TWD   Doc 24   Filed 11/01/17   Ent. 11/02/17 14:49:08   Pg. 5 of 6

CERTIFICATE OF SERVICE:

I certify that a copy of this statement of transcripts was served,

check one: ____✓____ or _____ on the persons listed below:
              in person       by mail

| Name | Address | Date Served |
|---|---|---|
| 1) Bayview Loan Servicing LLC | Gregor A. Hensrude | 11/1/2017 |
| 2) M+T Bank | | |
| 3) Freddie Mac | | |

Sign your name: _Kim C. Kerrigan_    10/31/2017
Print your name: _Kim C. Kerrigan_    10/31/2017